**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| MATEO MARTINEZ PALOMARES,<br><br>Petitioner,<br><br>v.<br><br>JASON KNIGHT, et al.,<br><br>Respondents. | **ORDER FOR SUPPLEMENTAL BRIEFING**<br><br>Case No. 4:26-cv-00114<br><br>District Judge Ann Marie McIff Allen |

On November 2, 2026, Petitioner Mateo Martinez Palomares filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 6, 2026, Respondents filed a response to the amended petition. While the Court appreciates Respondents' prompt attention to the amended petition, it would like them to address a few matters more fully. Accordingly, the Court ORDERS Respondents to file a supplemental brief addressing the following issues: (1) whether Respondents were authorized to detain Petitioner without first obtaining a warrant and (2) whether Petitioner and his counsel received adequate notice of the October 16, 2026, bond hearing. Respondents shall file their supplemental brief by no later than November 13, 2026. Petitioner shall file his reply in support of the amended petition within seven days after Respondents file their supplemental brief. When briefing is complete, the Court will set a hearing on the amended petition as needed.

DATED this 9th day of November 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge